**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES MILLER,

        Plaintiff,

  v.

NATIONAL LIFE INSURANCE COMPANY,

        Defendant.

_____/

No. C 07-80277 MISC WHA

**Clerk's Notice Scheduling Motion**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has rescheduled the Motion to Quash and Motion for Protective Order for **December 21, 2007 at 11:00 a.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated: December 19, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Dawn K. Toland
    Courtroom Deputy to the
    Honorable William Alsup