1  James M. Finberg (SBN 114850)
   ALTSHULER BERZON LLP
2  177 Post Street, Suite 300
   San Francisco, CA 94108
3  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
4

5

6  *Additional Counsel on Signature Page*

7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO/OAKLAND DIVISION

12

13 CHARLES MILLER,                  )   Case No. 07-mc-80277 WHA
                                    )
14         Plaintiff,                )   **CLASS ACTION**
                                    )
15    v.                            )   **NOTICE OF APPEARANCE**
                                    )
16 NATIONAL LIFE INSURANCE COMPANY, )   **(D. Conn. Docket No. CV 07-00364 PCD)**
                                    )
17         Defendant.                )
                                    )
18 _____ )

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE – Case No. 07-mc-80277 WHA

TO DEFENDANT AND ITS ATTORNEYS OF RECORD:

    Please take notice that James M. Finberg of Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108, Telephone (415) 421-7151, Facsimile (415) 362-8064 hereby appears as additional attorney of record, together with other attorneys of record, on behalf of plaintiff Charles Miller in the above-captioned case. Mr. Finberg requests that copies of all papers in the above-captioned action be served on him.

Dated: December 19, 2007       By:   /s/   James M. Finberg
                                                                    James M. Finberg

James M. Finberg (SBN 114850)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: jfinberg@altber.com

Joseph D. Garrison
Alexandra K. Block
GARRISON, LEVIN-EPSTEIN, CHIMES &
    RICHARDSON, P.C.
405 Orange St
New Haven, CT 06511
Telephone: (203) 777-4425
Facsimile: (203) 776-3965
Email: jgarrison@garrisonlaw.com
Email: ablock@garrisonlaw.com

Davida S. Perry
SCHWARTZ & PERRY, LLP
295 Madison Avenue
New York, New York 10017
Telephone: (212) 889-6565
Facsimile: (212) 779-8208
Email: dperry@schwartzandperry.com