# EXHIBIT "1"

Date: Wednesday, November 21, 2007 8:03am

```
REDACTED
ATTORNYE CLIENT PRIVILEGED
```

NOTICE OF SUBPOENA

We are writing to inform you that Yahoo! has been served with a subpoena
requiring disclosure of information related to your user account at Yahoo!

The subpoena was issued out of the United States District Court, Northern
District of California in an action entitled:

Charles Miller v. National Life Insurance Company

Case No. 07-CV-00364 (PCD) (pending in the USDC, S. Dist. of Conn.)

The subpoena dated November 20, 2007 requires that Yahoo! produce documents
related to your Yahoo! account. Please be aware that your communications
with Yahoo! may also be discoverable.

The attorney for the subpoenaing party National Life Insurance Company, is:

Jeffrey Duplicki, Esq.
McMillan & Shureen LLP
50 Santa Rosa Ave. 5th Floor
Santa Rosa, CA 95404
Phone: 707-525-5430

Please be advised that Yahoo! will respond to the subpoena 15 days from the
date of this notice, unless we have notice that a motion to quash the
subpoena (or other legally appropriate challenge to the subpoena) has been
filed, or the matter has been otherwise resolved.

You may wish to consult an attorney to advise you about the foregoing.

Please contact the subpoenaing party to obtain a copy of the subpoena. If
you wish to contact Yahoo! regarding this matter, please direct your
correspondence to notice-user@yahoo-inc.com.