# EXHIBIT "2"

```
            REDACTED
            ATTORNEY CLIENT PRIVILEGED
Sent:              Wednesday, November 21, 2007 8:59 AM
```

To whom it may concern;

Please be advised my attorneys at Schwartz & Perry, at 295 Madison Ave, New York, NY, 10017, Ph # 212 889 6565 are making a motion to quash. Contacts at this firm are Murray Schwartz, Davida Perry and Matthew Schatz. You have my permission to contact them directly.

Under NO circumstances should you release the requested information or any information regarding Charles Miller to National Life , their lawyers or represtantives.

Please acknowledge you have received this email and to give me phone # that I can express these instructions verbally.

Charles Miller

1