# EXHIBIT "3"

LAW OFFICES

*Schwartz & Perry,* LLP

MURRAY SCHWARTZ
DAVIDA S. PERRY*

BRIAN A. HELLER
MATTHEW T. SCHATZ
YAEL G. UTT

RONALD M. APPEL
  OF COUNSEL

*ALSO ADMITTED IN MASSACHUSETTS

295 Madison Avenue, New York, N.Y. 10017

(212) 889-6565

FAX (212) 779-8208

www.schwartzandperry.com

E-MAIL info@schwartzandperry.com

November 21, 2007

**Via Fax and Mail 707-576-7955**

McMillan & Shureen, LLP
50 Santa Rosa Avenue, 5th floor
Santa Rosa, CA 95404

**Att:   Jeffrey Duplicki, Esq.**

   **Re:   Charles Miller v. National Life Insurance Company**

Dear Mr. Duplicki:

   We represent Charles Miller (plaintiff) in his litigation against National Life Insurance Company, which is presently pending in the federal court in Connecticut.

   We have been advised that on behalf of National Life you have served a subpoena on Yahoo seeking <u>all</u> of our client's emails. Please immediately forward a copy of the subpoena to us.

   We object to the subpoena and are moving to quash it. We have so advised Yahoo as well as local counsel for National Life. We expect that you will take no further action with regard to the subpoena until the Court has resolved the motion to quash.

                                       Yours very truly,

                                       DAVIDA S. PERRY

DSP/arp
  cc:   Barry Levy, Esq. - Via Fax