UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: December 21, 2007

Case No.  C 07-80277 WHA

Title: CHARLES MILLER v. NATIONAL LIFE INSURANCE

Plaintiff Attorneys: James Finberg

Defense Attorneys: Jeffrey Duplicki

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Powell

**PROCEEDINGS**

1)   Plt's Motion to Quash and for Protective Order - Granted

2)

Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

The motions are granted without prejudice to the defendant serving a more narrow subpoena.